UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rubbright,
Plaintiff,

v. Civil No. 99-2017 (MJD/JGL)

Microsoft Corp.,

Defendant.

Jaffe,
Plaintiff,

v. Civil No. 00-705 (DSD/JMM)

Microsoft Corp.,

Defendant.

Case number 99-2017 having been assigned to Judge Michael J. Davis and case number 00-705 having later been assigned to Judge David S. Doty, and said matters being related cases,

IT IS HEREBY ORDERED that case number 00-705 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the anti-trust list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 3/29/00

JUDGE DAVID S. DOTY
United States District Court

Dated: 3/31/00

JUDGE MICHAEL J. DAVIS
United States District Court

FILED MAR 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Case reassigned to Judge Michael J. Davis
and
Magistrate Judge Jonathan G. Lebedoff

NEW CASE NUMBER 00-705 MJD/JGL

Use this case number for all further filings.